**Opinion issued April 2, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00100-CV**

———————————

**TOM JOHNS, Appellant**

**V.**

**THE FOX HALL, LTD AKA FOX HALL APARTMENTS, FOX HALL APARTMENTS, LLC AND FOX HALL, LTD, Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-08163**

---

### MEMORANDUM OPINION

Appellant Tom Johns filed a motion to withdraw his appeal, which we construe as a motion to dismiss the appeal. No response was filed.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Any other pending motions are dismissed as moot.

### PER CURIAM

Panel consists of Justices Goodman, Landau, and Hightower.